Decided June 17, 1996

SHADHALI, INC. *v.* SIRVART K. HINTLIAN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 41 Conn. App. 225 (AC 14360), is denied.

*Richard P. Weinstein*, in support of the petition.

*Timothy Sheehan*, in opposition.

Decided June 17, 1996